No. 11–0258/MC. U.S. v. Travis J. Westhoven. CCA 201000132. On further consideration of the granted issue, 70 M.J. 416 (C.A.A.F. 2011) (Ordering Granting Review), and in view of *United States v. Ballan*, 71 M.J. 28 (C.A.A.F. 2012), it is ordered that the decision of the United States Navy-Marine Corps Court of Criminal Appeals is affirmed.**

** BAKER, Chief Judge (concurring in the result): I adhere to my positions in *United States v. Jones*, 68 M.J. 465, 473 (C.A.A.F. 2010) (Baker, J., dissenting), and *United States v. Ballan*, 71 M.J. 28, 36 (C.A.A.F. 2012) (Baker, C.J., concurring in the result), and concur in the result here.